# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No.:  1:17-cr-00125-JDL** |
| ) | |
| **CHRISTOPHER RUHLIN ET AL** ) | |

## SPEEDY TRIAL ORDER

  This matter comes before the Court upon the Defendant's Unopposed Motion to Continue Jury Trial.  Defendant has requested that the trial date be moved from June 5, 2018 to the July 10, 2018 trial term.  Counsel for defendant Ruhlin states due to scheduling issues and the press of other business, the plea hearing for Defendant Ruhlin is scheduled for June 19, 2018.  The Court asked counsel for defendant Ruhlin to continue the matter from trial on June 5, 2018.

  The Government has no objection to the enlargement sought.  Defendant Ruhlin has requested that the trial date be moved from June 5, 2018 to the July 10, 2018 trial list.  The defendant is aware of his rights under the Speedy Trial Act, 18 U.S.C. § 3161 as it applies to the time from the indictment to trial and voluntarily waives those time limits by asking the Court to exclude from the Speedy Trial calculations, the entire time period of the continuance sought.

  After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court further finds that such an enlargement of time is reasonable as to all of the parties because given the interrelated nature of the evidence in this case, conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**. The trial in this case is continued to the trial term beginning July 10, 2018.

2. The time period between June 5, 2018 to July 10, 2018 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*

3. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the Government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

Dated: May 21, 2018

                                                    /s/ **Jon D. Levy**
                                                    **U.S. DISTRICT JUDGE**